IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOEN INCORPORATED, A DELAWARE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>INSINKERATOR LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>    Defendant. | Case No. 1:25-cv-00095-BMB<br><br>JUDGE BRIDGET MEEHAN BRENNAN |
| INSINKERATOR LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>    Counter-Claimant,<br><br>  v.<br><br>MOEN INCORPORATED, A DELAWARE CORPORATION,<br><br>    Counter-Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff and Counter-Defendant Moen Incorporated ("Moen") hereby submits this Unopposed Motion for Extension of Time to Answer and Otherwise Respond (the "Motion") and respectfully requests that the Court grant a one-week extension for Moen to answer and otherwise respond to Defendant and Counter-Claimant InSinkErator LLC's ("InSinkErator") Counterclaims. In support, Moen states as follows:

1. On January 17, 2025, Moen filed its Complaint for a declaratory judgment of no false advertising and for slander and violation of the Ohio Deceptive Trade Practices Act. Dkt. 1.

2. On August 8, 2025, InSinkErator filed an unopposed motion for an extension of time to answer or otherwise respond to Moen's Complaint given the recent replacement of InSinkErator's counsel and replacement counsel's scheduling conflicts related to a separate matter. Dkt. 7. The Court granted the motion on August 11, 2025, extending InSinkErator's deadline to answer or otherwise respond to the Complaint to October 14, 2025.

3. On October 14, 2025, InSinkErator filed a motion to dismiss Moen's Complaint in its entirety. Dkt. 11.

4. Moen field its opposition to InSinkErator's Motion to Dismiss on November 13, 2025. Dkt. 13.

5. The same day, InSinkErator answered Moen's Complaint and asserted counterclaims for Lanham Act false advertising, violation of the Ohio Deceptive Trade Practices Act, intentional interference with prospective economic advantage, and negligent interference with prospective economic advantage. Dkt. 14.

6. The deadline for InSinkErator's reply in support of its Motion to Dismiss was November 28, 2025. InSinkErator filed its reply on November 26, 2025.

7. A hearing on the Motion to Dismiss has not been set.

8. The deadline for Moen to answer or otherwise respond to InSinkErator's counterclaims is December 4, 2025.

9. A one-week extension of responsive pleading deadline is necessary to permit Moen's counsel adequate time to prepare a robust response. This is Moen's first request for an extension. This extension is sought in good faith and not for any dilatory reason. Moen conferred with InSinkErator's counsel regarding an extension of the answer deadline and InSinkErator's

counsel responded on November 26, 2025, that InSinkErator is unopposed to this extension. A proposed order is attached as Exhibit A to this pleading.

10. For these reasons, Moen respectfully requests that the Court grant a one-week extension of time for Moen to answer or otherwise respond to InSinkErator's Counterclaims.

Respectfully submitted,

Dated: December 1, 2025

*/s/John S. Cipolla*
John S. Cipolla (#0043614)
CALFEE, HALTER & GRISWOLD
1405 East Sixth Street
Cleveland, OH 44114
Phone: 216-622-8200
Fax: 216-241-0816
jcipolla@calfee.com

Thomas L. Holt
(to be admitted *pro hac vice*)
Jeremy L. Buxbaum
(to be admitted pro hac vice)
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
Phone: (312) 324-8400
Fax: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

*Attorneys for Plaintiff Moen Incorporated*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 1st day of December 2025.

                                                */s/John S. Cipolla*
                                                One of the Attorneys for Plaintiff

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MOEN INCORPORATED, A DELAWARE CORPORATION, | |
| Plaintiff, | Case No. 1:25-cv-00095-BMB |
| v. | |
| INSINKERATOR LLC, A DELAWARE LIMITED LIABILITY COMPANY, | JUDGE BRIDGET MEEHAN BRENNAN |
| Defendant. | |
| INSINKERATOR LLC, A DELAWARE LIMITED LIABILITY COMPANY, | |
| Counter-Claimant, | |
| v. | |
| MOEN INCORPORATED, A DELAWARE CORPORATION, | |
| Counter-Defendant. | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
DEFENDANT'S COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 6(b) and having considered the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Defendant's Counterclaims (the "Motion") filed by Plaintiff Moen Incorporated ("Moen"), the Court hereby GRANTS the Motion. The deadline for Moen to answer or otherwise respond to Defendant's Counterclaims is extended by one week, from December 4, 2025, to December 11, 2025.

**IT IS SO ORDERED.**

_____                             _____
Date                                                                                                   Judge Bridget Meehan Brennan